1  BESS M. BREWER, #100364
   LAW OFFICE OF BESS M. BREWER
2  P.O. Box 5088
   Sacramento, CA 95817
3  Telephone: (916) 385-7517

4  Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA WOOLCOTT<br>xxx-xx-6039<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SSA<br><br>Defendant. | Case No.   15-1796 CKD<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from February 18, 2016, to March 18, 2016, with all other deadlines extended accordingly.  This extension is required due to counsel's crowded briefing schedule and the upcoming holidays.

/ / / /

/ / / /

/ / / /

1

Dated: February 17, 2016              */s/Bess M. Brewer*
                                       BESS M. BREWER
                                       Attorney at Law

                                       Attorney for Plaintiff


Dated: February 17, 2016              Benjamin B. Wagner
                                       United States Attorney

                                       Deborah Lee Stachel
                                       Acting Regional Chief Counsel, Region IX
                                       Social Security Administration

                                       /s/ Carolyn   B. Chen
                                       CAROLYN B. CHEN
                                       Special Assistant United States Attorney

                                       Attorneys for Defendant


**ORDER**

APPROVED AND SO ORDERED.

Dated:   February 18, 2016

                                       _____
                                       CAROLYN K. DELANEY
                                       UNITED STATES MAGISTRATE JUDGE

2