BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA WOOLCOTT<br>xxx-xx-6039<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SSA<br><br>Defendant. | Case No.   15-1796 CKD<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from March 18, 2016, to April 8, 2016, with all other deadlines extended accordingly.  This extension is required due to counsel's crowded briefing schedule and the upcoming holidays.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 17, 2016 | /*s/Bess M. Brewer* |
| | | BESS M. BREWER |
| 3 | | Attorney at Law |
| 4 | | Attorney for Plaintiff |
| 5 | | |
| 6 | | |
| 7 | Dated: February 17, 2016 | Benjamin B. Wagner |
| | | United States Attorney |
| 8 | | Deborah Lee Stachel |
| 9 | | Acting Regional Chief Counsel, Region IX |
| | | Social Security Administration |
| 10 | | /s/ Carolyn   B. Chen |
| 11 | | CAROLYN B. CHEN |
| | | Special Assistant United States Attorney |
| 12 | | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

Dated:   March 23, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2