PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL (CSBN 230138)
Acting Regional Chief Counsel, Region IX
Social Security Administration
RICHARD RODRIGUEZ
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: Richard.Rodriguez@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO

| | |
|---|---|
| CYNTHIA WOLCOTT,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:15-CV-01796-CKD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from May 11, 2016, to June 11, 2016.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Stacy Wiesbrock is the attorney handling this matter.  Defendant respectfully requests this additional time in order to properly respond to the multiple issues raised by Plaintiff in her motion.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: May 2, 2016   /s Bess Brewer
(*as authorized via email on May 2, 2016)
BESS M. BREWER
LAW OFFICE OF BESS M. BREWER
Attorney for Plaintiff

Dated: May 2, 2016   PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:   /s/ Richard Rodriguez
RICHARD RODRIGUEZ
Special Assistant U.S. Attorney

OF COUNSEL: STACY WIESBROCK
Assistant Regional Counsel

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: May 2, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE